# EXHIBIT A

**DRT** LLC
Return Mail Processing Center
P.O. Box 989728
West Sacramento, CA 95798-9728

Terry Clark



July 10, 2025

## Notice of Data Security Incident

Dear Terry Clark,

**What Happened**

DRT, LLC ("DRT"), a company providing services to 10 Roads Express LLC, recently experienced a cybersecurity incident that involves some of your personally identifiable information ("PII"). On May 29, 2025, an attacker accessed and DRT identified unauthorized remote access to several DRT owned email accounts. After learning of the incident, DRT immediately investigated to determine the full scope of the access. On June 11, 2025 DRT discovered emails containing PII which may have been accessed or acquired. Although the investigation could not determine whether any information was acquired, it is possible that there was unauthorized access to PII in files in these email accounts, such as a spreadsheet or documents used for internal business purposes. DRT is providing this notice so that you can take steps to protect against possible misuse of personal information.

**What Information Was Involved**

DRT manually reviewed the contents of the email accounts, to determine the type of PII potentially involved. Our investigation indicated that some of your information was in these accounts. Information that may have been accessed or acquired includes full name and demographic information (such as address, city, state, and zip), and Social Security number.

**What We Are Doing**

After learning of the incident, DRT took a number of important steps to prevent similar incidents from occurring in the future. These steps included immediately disabling the email accounts while a password reset was performed, revoking all active user logins, as well as any multi-factor authentication and monitoring the user's activity within our on-premises and cloud-based environments. DRT is also working to implement additional technologies designed to prevent similar attacks including more extensive logging and real-time reporting as well as exploring options for further hardening authentication standards. DRT will also be providing expanded cybersecurity training for its employees.

In addition, we are offering identity theft protection services through IDX, the data breach and recovery services expert. IDX identity protection services include: 12 months of credit and CyberScan monitoring, a $1,000,000 insurance reimbursement policy, and fully managed ID theft recovery services. With this protection, IDX will help you resolve issues if your identity is compromised.