THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| TERRY CLARK, individually and on behalf of all others similarly situated, | **CASE NO.**: 1:25-cv-00014-SMR-WPK |
| Plaintiff, | |
| v. | |
| DRT, LLC | |
| Defendant. | |

**DISCLOSURE STATEMENT**

This Disclosure Statement is filed on behalf of Plaintiff, Terry Clark, in compliance with the provisions of Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, which provides that in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement must name, and identify the citizenship of, every individual or entity whose citizenship is attributed to that party or intervenor when the action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a).

Pursuant to Fed. R. Civ. P. 7.1(a)(2), the filing party, or intervenor, hereby declares the following names and citizenships of every individual or entity whose citizenship is attributed to that party or intervenor: (Attach additional pages if needed.)

| Terry Clark | Florida |
|---|---|
| Party or Intervenor Name | Citizenship |

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated: July 28, 2025                                   Respectfully submitted,

                                                */s/ J. Barton Goplerud*
                                                **J. Barton Goplerud, AT0002983**
                                                **Brian O. Marty, AT0011622**
                                                SHINDLER ANDERSON GOPLERUD & WEESE P.C.
                                                5015 Grand Ridge Drive, Suite 100
                                                West Des Moines, Iowa 50265-5749
                                                Telephone: (515) 223-4567
                                                Facsimile: (515) 223-8887
                                                Email: goplerud@sagwlaw.com
                                                          marty@sagwlaw.com

                                                Leanna A. Loginov*
                                                **SHAMIS & GENTILE, P.A.**
                                                14 NE 1st Avenue, Suite 705
                                                Miami, FL 33132
                                                Telephone: 305-479-2299
                                                lloginov@shamisgentile.com

                                                *Attorneys for Plaintiff and the Putative Class*

                                                *\*Pro Hac Vice forthcoming*

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2025, a true and correct copy of the foregoing was filed electronically to the Clerk of Court via the CM/ECF system which will send notification of such filing to all counsel of record.

                                                /s/ J. Barton Goplerud