# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| TERRY CLARK,<br><br>    Plaintiff,<br>v.<br><br>DRT, LLC,<br><br>    Defendant. | CASE NO. 1:25-cv-00014<br><br>**NOTICE OF APPEARANCE** |

Adam Kost and Kenneth Hartman, of Baird Holm LLP, hereby enter their appearances in the above-referenced matter as counsel on behalf of Defendant, DRT, LLC ("DRT"), and request notification of all future activity in this case.

Dated this 7th day of August, 2025.

>           DRT, LLC
>           Defendant,
>
> By:   /s/ *Adam J. Kost*
>           Kenneth W. Hartmann (AT0010409)
>           Adam J. Kost (AT0014567)
> of     BAIRD HOLM LLP
>           1700 Farnam St. Ste. 1500
>           Omaha, NE  68102-2068
>           Phone: 402-344-0500
>           Email:  khartman@bairdholm.com
>           Email:  akost@bairdholm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 7th day of August, 2025, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

   J. Barton Goplerud – goplerud@sagwlaw.com
   Brian O. Marty – marty@sagwlaw.com

>           /s/ *Adam J. Kost*